UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BATOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN DIXON, et al.,<br><br>Defendants. | No. 2:19-cv-00018-TLN-EFB<br><br>**ORDER** |

Plaintiffs Anthony Bator and Irene Bator, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(21).

On September 4, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) No objections were filed.

Although it appears from the file that Plaintiff Anthony Bator's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 4, 2019 (ECF No. 21), are adopted in full;

2. Defendant Karen Dixon's Motion to Dismiss (ECF No. 7) is GRANTED and Plaintiffs' claim(s) against her are DISMISSED, without leave to amend, for lack of subject matter jurisdiction and for failure to state a claim;

3. Plaintiffs' claim(s) against Defendant Jon Lopey are *sua sponte* DISMISSED, without leave to amend, for lack of subject matter jurisdiction;

4. Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 15) is DENIED; and

5. The Clerk is directed to enter judgement and close this file.

IT IS SO ORDERED.

Dated: September 27, 2019

Troy L. Nunley
United States District Judge